# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 3, 2011

No. 10-10043

Lyle W. Cayce
Clerk

MATTHEW ROLLINS,

Plaintiff-Appellee

v.

DALLAS COUNTY TEXAS; DALLAS COUNTY CONSTABLE OFFICE
PRECINCT 2; MICHAEL GOTHARD,

Defendants-Appellants

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:08-CV-1235

Before KING, DAVIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. R. 47.6.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.